UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

MUTUAL BENEFITS CORP., JOEL STEINGER
a/k/a JOEL STEINER, LESLIE STEINGER a/k/a
LESLIE STEINER, and PETER LOMBARDI,

        Defendants,

VIATICAL BENEFACTORS, LLC, VIATICAL
SERVICES, INC., KENSINGTON
MANAGEMENT, INC., RAINY CONSULTING
CORP., TWIN GROVES INVESTMENTS, INC.,
SKS CONSULTING, INC., and CAMDEN
CONSULTING, INC.

        Relief Defendants.

------------------------------------------------------------X

Case No. 04-60573 *MORENO*

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND OTHER PAPERS

**PLEASE TAKE NOTICE** that, Jaffe & Asher LLP hereby appears on behalf of creditor American Express Travel Related Services Company, Inc. ("American Express") in the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE**, that American Express, as a creditor of the defendant, Mutual Benefits Corp., hereby requests and demands that notice of any action taken or any motions filed by any other party-in-interest in this action be sent to it through its counsel at the address set forth below.

        Glenn P. Berger, Esq.
        Joshua T. Reitzas, Esq.
        JAFFE & ASHER LLP
        600 Third Avenue
        New York, New York 10016
        (212) 687-3000



Dated: New York, New York
       March 1⟋, 2005

                                    JAFFE & ASHER LLP

                          By:       _____
                                    Glenn P. Berger (GB-5956)
                                    600 Third Avenue
                                    New York, New York 10016
                                    (212) 687-3000

                                    Attorneys for American Express Travel
                                    Related Services Company, Inc.

TO:   Clerk's Office
      United States District Court
      299 East Broward Boulevard
      Room 108
      Fort Lauderdale, Florida 33301

      Curtis Bradley Miner, Esq.
      Colson Hicks Eidson
      255 Aragon Avenue
      2nd Floor
      Coral Gables, Florida 33134-2351

      Securities & Exchange Commission
      801 Brickell Avenue
      Suite 1800
      Miami, Florida 33131

      William Berger, Esq.
      Greenspoon Marder Hirschfeld
      Rafkin Ross & Berger
      100 W. Cypress Creek Road
      Suite 700
      Fort Lauderdale, Florida 33309

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

Case No. 04-60573

MUTUAL BENEFITS CORP., JOEL STEINGER
a/k/a JOEL STEINER, LESLIE STEINGER a/k/a
LESLIE STEINER, and PETER LOMBARDI,

**AFFIDAVIT OF SERVICE**

Defendants,

VIATICAL BENEFACTORS, LLC, VIATICAL
SERVICES, INC., KENSINGTON
MANAGEMENT, INC., RAINY CONSULTING
CORP., TWIN GROVES INVESTMENTS, INC.,
SKS CONSULTING, INC., and CAMDEN
CONSULTING, INC.

Relief Defendants.
-------------------------------------------------------------X

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

I, Renee Miranda, being sworn, say: I am not a party to the action, am over 18 years of age and reside in the State of New York, County of Westchester.

That on the 18th day of March, 2005, I served the within **NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND OTHER PAPERS** upon:

Curtis Bradley Miner, Esq.
Colson Hicks Eidson
255 Aragon Avenue
2nd Floor
Coral Gables, Florida 33134-2351

Securities & Exchange Commission
801 Brickell Avenue
Suite 1800
Miami, Florida 33131

2

William Berger, Esq.
Greenspoon Marder Hirschfeld
Rafkin Ross & Berger
100 W. Cypress Creek Road
Suite 700
Fort Lauderdale, Florida 33309

in this action, at the address designated by said party for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, into the care and custody of the United States Post Office within the State of New York.

*Renee Miranda*

Sworn to before me this
18th day of March, 2005

*NOTARY PUBLIC*

SUSAN E. FIORETTI
Notary Public, State of New York
No. 01FL4923004
Qualified in Queens County
Commission Expires March 14, 20 06

M:\Amex Collections\M\Mutual Benefits Corp\Affidavit of Service\Affd of Serv.Not of Appearance.By Mail.031805.doc