

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-60573-CIV-MORENO/SIMONTON

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

MUTUAL BENEFITS CORP.,
JOEL STEINGER a/k/a JOEL STEINER,
LESLIE STEINGER a/k/a LESLIE STEINER,
PETER LOMBARDI,
and STEVEN STEINER,

        Defendants,

VIATICAL BENEFACTORS, LLC,
VIATICAL SERVICES, INC.,
KENSINGTON MANAGEMENT, INC.,
RAINY CONSULTING CORP.,
TWIN GROVES INVESTMENTS, INC.,
P.J.L. CONSULTING, INC., SKS CONSULTING, INC.,
and CAMDEN CONSULTING, INC.,

        Relief Defendents.

_____/

## NOTICE OF APPEARANCE

    COMES NOW the Law Offices of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN & MCKEE, P.A., and files this Appearance as Counsel for the persons listed in Attachment "A".



## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed on this ___5th___ day of ___July___, 2005 to all Counsel listed on the attached Certificate of Service.

**KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN & McKEE, P.A.**
700 Southeast Third Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, Fl 33316-1186
(954) 763-8181
(954) 763-8292 – facsmile

BY: _Eric M. Ellsley_
ERIC M. ELLSLEY, ESQUIRE
Florida Bar No. 0152560

| | | |
|---|---|---|
| Alise Meredith Johnson, Esq.<br>Linda Schmidt, Esq.<br>Securities & Exchange Commission<br>801 Brickell Avenue, Suite 1800<br>Miami, FL 33131<br>Fax: (305) 536-4154<br>E-mail: johnsona@sec.gov<br>schmidtls@sec.gov<br><br>*Counsel for Securities & Exchange Commission* | Michael A. Hanzman, Esq.<br>Kevin Love, Esq.<br>Hanzman Criden Chaykin & Rolnick<br>Commercebank Center<br>220 Alhambra Circle, Suite 400<br>Coral Gables, FL 33134<br>Fax: (305) 357-9050<br>E-mail: mhanzman@hanzmancriden.com<br>klove@hanzmancriden.com<br>*Counsel for Scheck Investments LP, et al.* | Brian J. Stack, Esq.<br>Stack Fernandez Anderson & Harris, P.A.<br>1200 Brickell Avenue, Suite 950<br>Miami, FL 33131-3255<br>Fax: (305) 371-0002<br>E-mail: bstack@stackfernandez.com<br>*Counsel for Traded Life Policies Ltd.* |
| Laurel M. Isicoff, Esq.<br>Kozyak Tropin & Throckmorton<br>2525 Ponce de Leon, Suite 900<br>Coral Gables, Florida 33134<br>Fax: (305) 372-3508<br>E-mail: lmi@kttlaw.com<br>*Co-counsel for Receiver* | Victor M. Diaz, Jr., Esq.<br>Podhurst Orseck Josefsberg et al.<br>City National Bank Building<br>25 West Flagler St., Suite 800<br>Miami, FL 33130<br>Fax:(305) 358-2382<br>E-mail: vdiaz@podhurst.com<br>*Counsel for Scheck Investments LP, et al.* | J. David Hopkins, Esq.<br>Lord, Bissell & Brook LLP<br>Suite 1900, The Prosecenium<br>1170 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Fax: (404) 872-5547<br>E-mail: dhopkins@lordbissell.com<br>*Counsel for Traded Life Policies Ltd.* |
| George Mahfood, Esq.<br>Ferrell Schultz Carter & Fertel<br>201 South Biscayne Boulevard<br>34th Floor, Miami Center<br>Miami, Florida 33131<br>Fax: (305) 371-5732<br>E-mail: gmahfood@ferrellschultz.com<br>*Counsel for Joel Steinger, Leslie Steinger, Peter Lombardi, PJL Consulting Co., Kensington Consulting Co.* | Robert C. Gilbert, Esq.<br>220 Alhambra Circle, Suite 400<br>Coral Gables, FL 33134-5174<br>Fax: (305) 529-1612<br>E-mail: rgilblaw@aol.com<br>*Special Counsel for Scheck Investments LP, et al.* | Hilarie Bass, Esq.<br>Jacqueline Becerra, Esq.<br>Greenberg Traurig P.A.<br>1221 Brickell Avenue<br>Miami, Florida 33131<br>Fax: (305) 579-0717<br>E-mail: becerraj@gtlaw.com<br>bassh@gtlaw.com<br>*Counsel for Union Planters Bank, N.A* |
| Faith E. Gay, Esq.<br>White & Case LLP<br>4900 Wachovia Financial Center<br>200 So. Biscayne Blvd.<br>Miami, FL 33131-2352<br>Fax: (305) 358-5744<br>E-mail: fgay@whitecase.com<br>*Counsel for Camden Consulting, Inc.* | Edward M. Mullins, Esq.<br>Daniella Friedman, Esq.<br>Astigarraga Davis Mullins<br>& Grossman, P.A.<br>701 Brickell Ave., 16th Floor<br>Miami, FL 33131<br>Fax: (305) 372-8202<br>E-mail: emullins@astidavis.com<br>*Co-counsel for Life Settlement Holding, A.G.* | David Levine, Esq.<br>Jeffrey Schneider, Esq.<br>Tew Cardenas LLP<br>The Four Seasons Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, FL 33131<br>Fax: (305) 536-1116<br>E-mail: jcs@tewlaw.com<br>dml@tewlaw.com<br>*Counsel Patricia Cook, et al* |
| J. Raul Cosio, Esq.<br>Holland & Knight<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>Fax: (305) 789-7799<br>E-mail: raul.cosio@hklaw.com<br>*Counsel for Northern Trust Bank of Florida* | Gary Timin, Esq.<br>Mayra Calzadilla, Esq.<br>Steel Hector & Davis<br>200 S. Biscayne Blvd, 41st Floor<br>Miami, FL 33131<br>Fax:(305) 577-7001<br>E-mail: gary.timin@steelhector.com<br>mayra.calzadilla@steelhector.com<br>*Counsel for Transamerica Occidental Life* | Mark S. Shapiro, Esq.<br>Akerman Senterfitt<br>1 S.E. 3rd Avenue, 28th Floor<br>Miami, FL 33131<br>Fax: (305) 374-5095<br>E-mail: mark.shapiro@akerman.com<br>*Counsel for American General Life Ins. Co* |
| Jodeph A. Patella, Esq.<br>Andrew & Kurth, LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>JosephPatella@andrewskurth.com<br><br>*Counsel for American Express Tax & Business Services, Inc.* | Christopher J. Klein<br>Baur & Klein, P.A.<br>100 N. Biscayne Blvd. 21st Floor<br>Miami, FL 33132<br>Fax: (305) 371-4380<br>E-mail: cklein@worldwidelaw.com<br>*Co-counsel for Life Settlement Holding, A.G.* | Amy S. Rubin, Esq.<br>Michael J. Pike, Esq.<br>Ruden, McClosky, Smith, Schuster & Russell<br>222 Lakeview Avenue, Suite 800<br>West Palm Beach, FL 33401<br>Fax: (561) 514-3447<br>E-mail: amy.rubin@ruden.com<br>*Counsel for Primerica Life Insurance Co.* |

| | | |
|---|---|---|
| Charles H. Lichtman, Esq.<br>Berger Singerman, Suite 1000<br>350 East Las Olas Blvd.<br>Fort Lauderdale, FL 33301<br>Fax: (954) 523-2672<br>E-mail: clichtman@bergersingerman.com<br>*Counsel for Mutual Benefits Japan Co.* | Stanley H. Wakshlag, Esq.<br>Akerman Senterfitt<br>SunTrust International Center<br>One S.E. 3rd Avenue, 28th Floor<br>Miami, Florida 33131-1704<br>Fax: (305) 374-5095<br>E-mail: swakshlag@akerman.com<br>brian.miller@akerman.com<br>samantha.kavanaugh@akerman.com<br>scott.cosgrove@akerman.com<br><br>*Counsel for RBC Centura Bank* | Daniel S. Mandel, Esq.<br>Debra Cohen, Esq.<br>Mandel, Weisman, Heimberg,<br>  Brodie & Griffin, P.A.<br>2101 Corporate Boulevard, Suite 300<br>Boca Raton, FL 33431<br>Fax: (561) 989-0304<br>E-mail:<br>Dmandel@mandelweisman.com<br>dcohen@mandelweisman.com<br>*Counsel for American Express Tax & Business Services, Inc.* |
| J. Randolph Liebler, Esq.<br>Liebler, Gonzalez & Poruoundo, P.A.<br>44 West Flagler Street, 25th Floor<br>Miami, Florida 33130<br>Fax: (305) 379-9626<br>E-mail: jrl@lgplaw.com<br><br>*Counsel for Bank of America* | Rick Critchlow, Esq.<br>Harry R. Schafer, Esq.<br>Kenny Nachwalter, PA<br>201 South Biscayne Blvd.<br>1100 Miami Center<br>Miami, Florida 33131<br>Fax: (305) 372-1861<br>Email: rcritchlow@kennynachwalter.com<br>hschafer@kennynachwalter.com<br>*Counsel for Citibank* | Glenn Berger<br>Joshua Reitzas<br>Jaffe & Asher LLP<br>600 Third Avenue<br>New York, NY 10016<br>E-mail: GBerger@jaffeandasher.com<br><br>*Counsel for American Express Travel Related Services Company, Inc.* |
| Curtin B. Miner, Esq.<br>Colson Hicks Eidson<br>255 Aragon Avenue – 2nd Floor<br>Coral Gables, Florida 33134-2351<br>Curt@colson.com | Bruce A. Zimet Esq.<br>100 S.E.3rd Avenue, Suite 2612<br>Ft. Lauderdale, FL 33394<br>Fax: (954) 760-4421<br>E-mail: bazimetlaw@aol.com<br><br>*Counsel for Leslie Steinger* | William L. Petros, Esq.<br>Petros & Elegant<br>4090 Laguna Street, 2nd Floor<br>Coral Gables, FL 33146<br>Fax:(305) 446-2799<br>E-mail: wlpetros@aol.com<br>*Counsel for William Mills* |
| Richard Ben-Veniste, Esq.<br>Mayer Brown Rowe & Maw<br>1909 K. Street, N.W.<br>Washington, DC 20006<br>Fax: (202) 263-5333<br>E-mail:rben-veniste@mayerbrownrowe.com<br>*Counsel for Joel Steinger & Kensington Consulting* | Daniel Small, Esq.<br>Duane Morris, LLP<br>200 So. Biscayne Blvd. , Suite 3400<br>Miami, FL 33131<br>Fax: (305) 960-2201<br>E-mail: dsmall@duanemorris.com<br>*Counsel for Dr. Christine Walsh, et al. (the "Investors Group")* | Jack Dempsey, Esq.<br>Susan Guerrieri, Esq.<br>Drinker Biddle & Reath, LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103<br>john.dempsey@dbr.com<br>susan.guerrieri@dbr.com<br>*Counsel for Plaintiff Insurers* |

ATTACHMENT "A" Case 04-60573

Adriana del Socorro Correa Zapata
Adriana Polidura Castillo
Adriana Prieto Vargas
Alberto Camacho Arango
Alberto Littfack Pineda
Alejandro Pelaez Pineros
Alfonso Vanegas Arellano
Alirio Hernando Pineros Calderón
Ana Elisa Parra López
Ana Elvira Moyano
Ana Leonor Lizarazo Plazas
Ana Maria Rey Quintero
Ana Maria Sarmiento
Bernardo Bohorquez Franco
Carlos Alberto Parra López
Carlos Antonio Ospina López
Carlos Garcia Ramirez
Carlos Mario Gutierrez
Carmen Amelia Parra López
Carmen Sanoja Rizek
Carmen Helena Cañon Jiménez
Cecilia Oramas
Cesar Agusto Dávila Peñalosa
Clara Ines Arce Castilla
Claudia Liliana Parra Ferro
Constanza Cortes
Cruz Helena Useche Aldana
David Gleiser Dobrzinsky.
Diana Rodríguez Freyre
Edgar Hernando Jiménez Moyano
Edgard Samuel Jaramillo González
Eduardo Alfonso Sambrano Sánchez
Eduardo Macia Restrepo
Elena Amezquita de Pardo
Eliana Clara Turrini Bernardoni
Elizabeth Harper Villamizar
Elsy Marina Solarte Martínez
Emma Ruiz de Rodríguez
Enrique Gerardo Chávez Montes
Esther Lopez de Cedeno
Fatima Caraballo Mogollon
Fernando Gastelbondo Gnecco
Fernando Antonio Palacios Rodríguez
Fernando La Rotta Pelaez
Francisco Hurtado Gallo
Francisco Piquero Villegas
Francisco Jose Carreño Saldarriaga
Fulgencio Rafael Guardela Carmona
Gabriel Francisco Acevedo Ordoñez
Genoveva Pineros Calderon
Gilberto Hernando Jiménez Urrego
Gilberto Alsono Molina
Gina Marcela Arcos Hernandez.
Gloria Eugenia. Aristizabal Higuera.
Gloria Parra de Espinosa
Gonzalo Benevides Pinzon

Gonzalo Maldonado Gómez
Guillermo Cuervo Reinales
Herminia Nancy Sarmiento de Barrera
Hernán Lara Perdomo
Jaime Nieto Villegas
Jaime Rey Albornoz
Jaime Rey Galvis
Jaime Villar Riano
Jairo Enrique García Troncoso
Jairo La Rotta Pelaez
Jairo Salinas Camacho
Javier Ossa Hoyos
Jorge Enrique Caballero Leguizamon
Jorge Luis Rodríguez
Jorge Mendoza
Jorge Ramon Trias Visbal
Jose Anibal Duque Estrada
Jose Elias Morales Forero.
Jose Fernando Dueñas
Jose Napoleon Urrego Pinilla
Jose Maria Ortega Burgos
Jose Ramiro Barriga
John Alejandro García Gonzáles
Juan Camilo Baquero Buttner
Juan Carlos Borja Leal
Juan Carlos Sánchez Rozo
Juan Francisco Bayona
Juan Ignacio Sarmiento
Juana De Francisco Barrios
Julian González Guillen
Lilia Zamudio Gil
Liliana Maria Espinol
Luis Eduardo Escobar Botero
Luz Maria Duque Gartner.
Luz Myriam Pineros Calderón
Luz Marina Rivera Buitrago
Maria del Pilar González
Manuel Fernando Avalos Esquerre
Manuel Gilberto Rodríguez Pérez
Nancy Guevara de Rodríguez
Marco Rodolfo Pérez García
Maria Beatriz Rosas de Ortega
Maria Claudia Quintero de Rey
Maria Carolina Rodríguez Ruiz
Maria Clara Franky Rodríguez
Maria del Pilar González de García
Maria Eugenia Reyes de Maldonado
Maria Mercedes Rodríguez de Palacio
Maria Paula Duran
Maria Torres
Maria Victoria Oramas Leuro
Mario Castro Leal
Marlene Beatriz Duran Camacho
Marta Marina Noguera Rodríguez
Marta Lucia Gomes Gonzalez
Martha Cecilia Lozano Ardila

Martha Lucia Gomez Gonzalez
Mary Zapata Arias
Mateo Camacho Aljure
Mauricio Lizarralde Cala
Miryam Hernandez Cruz
Monica Perez Valcarcel
Orlando Barrera Vargas
Patricia Buenaventura de Castillo
Patricia Villar Riano
Ricardo Augusto Riveros Barbosa
Rolando Isaias Martínez Fonseca
Roque Mantilla Álvarez
Rosa Maria Castro de Contreras
Rosalba Caldas Castro
Ruth Solarte Martínez
Sarita Rubiano Borrero
Sixto Eladio Mantilla Álvarez
Susana Silberman Waserman
William Beltran Hernandez
William Benevides Pinzon
William Riano Leon
Willy Mayenberger Botero
Wilson Ernesto Garcia Ramirez
Yolanda Mercedes González Cristancho