FILED by ___ D.C.
ELECTRONIC

Aug 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL DIVISION
CASE NO. 04-60573-CIV-MORENO/SIMONTON

SECURITIES & EXCHANGE COMMISSION,
    Plaintiff,

v.

MUTUAL BENEFITS CORP., *etc.*,
    Defendants,

VIATICAL BENEFACTORS, L.L.C., *etc.*,
    Relief Defendants.
_____/

## NOTICE OF LIMITED APPEARANCE BY COLOMBIAN INVESTORS

    The law firms of Astigarraga Davis Mullins & Grossman, P.A. and Baur & Klein, P.A. hereby gives notice that they are appearing as counsel for the investors listed in Exhibit A (collectively the "Colombian Investors") in this matter. All future pleadings, correspondence and documents should be sent to the undersigned as counsel for the Colombian Investors.

    The Colombian Investors are a group of approximately 180 investors residing primarily in Colombia. Each of the Colombian Investors invested in the viatical insurance policy investment operated by Mutual Benefits Corporation ("MBC"). They make a limited appearance in this action to present their arguments and position with respect to the distribution and disposition of the policies, premiums, and death benefits currently controlled by the Receiver of MBC. They do not make a general appearance in this action for all purposes.

    Undersigned counsel expects that more such MBC investors will be joining the Colombian Investors group, all to be represented by undersigned counsel. Undersigned counsel will revise this notice of limited appearance to include these other investors in the Colombian Investors group.

CASE NO. 04-60573-CIV-MORENO/GARBER

Dated: August 2, 2005

Respectfully submitted,

| | |
|---|---|
| BAUR & KLEIN, P.A.<br>Counsel for the Colombian Investors | ASTIGARRAGA DAVIS<br>MULLINS & GROSSMAN P.A.<br>Co-Counsel for the Colombian Investors |
| 100 North Biscayne Boulevard<br>New World Tower, Suite 2100<br>Miami, Florida 33132<br>Phone: (305) 377-3561<br>Fax:    (305) 371-4380<br>By:          /s Christopher J. Klein<br>         CHRISTOPHER J. KLEIN<br>         Co-Trial Counsel<br>         Fla. Bar No. 311855 | 701 Brickell Avenue, 16th Floor<br>Miami, Florida 33131<br>Phone: (305) 372-8282<br>Fax:    (305) 372-8202<br>By:     /s Edward M. Mullins<br>         EDWARD M. MULLINS<br>         Co-Trial Counsel<br>         Fla. Bar No. 863920 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served, via electronic mail on the addresses listed on the attached Service List, on this 2d day of August, 2005.

s/ Edward M. Mullins

F:\WDOX\CLIENTS\50027\5001\00048467.DOC1

2

## EXHIBIT A

Abad Faccio Lince, Clara I.
Abad Gomez, Mercedes
Adarve, Claudia
Alvarez, Ivan Javier
Amaya de Jaramillo, Olga
Angarita Baaracaldo, Javier
Angel Salazar, John Ivan
Angel, Fulvio
Aranda, Carmen Lucia
Arango Gutierrez, Sol Beatriz
Arango, Maria Elena
Arias, Maria Margarita
Atuesta, Rafael Antonio
Ayala Roa, Alejandro
Ayala Woodcock, Roberto
Barcenas, Martha Judith
Barrera Chavez, Hernando
Barrera, Gloria
Becerra N, Rafael Augusto
Bermudez, Arturo
Blandon, Pareja Libardo
Brines, Sandra Patricia
Burgos, Beatriz
Burman, Cathirina
Calabria Assets
Caldanella, Federico
Calle, Maria Victoria
Calle, Angela
Calle, Luis Felipe
Calle, Olga
Camargo, Mauricio
Cano, Fidel
Cano, Ricardo
Cardona Ramirez, Jose Mario
Cardona Ramirez, Uriel
Caro Gallon, Raul
Ceballos, Maria Cristina
Cepero, Maria Angela
Chona, Jorge
Clarton Holdings Ltd.
Codevi
Correa Senior, Marcela
Correa, Ambrosio
Correa, Maria Cristina

Criollo Lopez, Martha Lucia
Cubillos, Mary Jeannette
Cuellar L, Rafael
Davila de Vittone, Alicia
De La Espriella, Alejandro
De Lucio, Miriam Hernandez
Echeverri Botero de, Youanda
Echeverri, Elizabeth
Erechim Ltda.
Escalon, Roberto
Escobar Urrea, Luis Javier
Escobar, Luis Javier
Espinosa Arias, Gustavo
Espinosa Ramirez, Carlos
Espinosa, Marta
Estrada, Gustavo
Eter R, Pablo
Ferro Osuna, Alvaro
Ferro Osuna, Maria Angela
Gaitan Perez, Mauricio
Gallego Saldarriaga, Alicia
Gamboa Morales, Ernesto
Garcia Montes, Joaquin A.
Gariria, Luis Roberto
Giraldo Saavedra, Jaime
Gnecco, Ana Maria
Gomez Torres, Caludia
Gonzalez Gonzalez, Jorge
Gonzalez, Roberto
Gonzalez, Trujillo Liliana
Granados, Edith
Guamizo, Claudia
Guzman Sierro, Gustavo
Henao Navarro de, Livia
Hernandez, Francisco Javier
Herrera, Mauricio
Hidalgo, Humberto
Hidalgo, Juliana
Hoyos Arango de, Maria L.
Iglesias, Marial del Pilar
Ingenieria y Telecomunic Ltd.
Izquierdo D, Felipe
Jaramillo, Liliana
Jaramilo, Ana Cristina

JRGA & Corp
Lalinde, Mauricio
Lema, Daniel Jose
Leon G, Guillermo
Lizarazo, Jesus Humberto
Lopera Vasquea, Gabriel J.
Lopez, Alberto
Macia, Juan Carlos
Martin Morato, Helena
Medina, Francisco Javier
Mejia Galvis, Jose Manuel
Mejia Gomez de, Maria H.
Mejia Lopez, Gerardo
Mejia, Alejandro
Mejia, Clara
Mejis Mesa, Alexandra
Mesa, Isaacson Christian
Mesa, Isaacson Jan Erik
Milikan Finance Corp.
Molina, Carlos E.
Montenegro, Diego
Montoya de Catano, Miriam
Mora de C, Maria Cristina
Moreno, Juan Benigno
Navaro R, Hernando
Navarro, Maria Consuelo
Nieto Garcia, Alba Luz
Nieto Garcia, Luis Gabriel
Nino, Jose Manuel
Ochoa, Raul Agustin
Osorio, Luis Eduardo
Ovalle, Rigoberto
Paredes V, Miguel
Patino M, Ciara Ines
Pedraza Amaya, Marta Lilia
Perez Ramirez, Angela M.
Pineda, Reina
Pinzon, Elena
Quintero Sierra, Luz Miriam
Ramirez Hurtado, Jose Luis
Recaman Franco, Yesid
Reines, David
Reines, Mark
Restrepo, Claudia
Rey, Guillermo
Rey Mora, Diego

Reyes, Angel Gabriel
Riego Rahal, Jose Luis
Roa Barrera, Maria Margarita
Robledo Giraldo, Andres
Robles Villamarin, Jorge E.
Rodriguez, Jose Orlando
Rojas Vargas, Zoilo
Ronderos, Leonardo
Rubianogroot, Gabriel
Rubianogrott, Mario
Rubio, Felix
Ruiz Cardozo, Luis Enrique
Ruiz Cardozo, Reinaldo
Ruiz, Carlos Augusto
Ruiz, Jaime Gustavo
Samper, Mauricio
Samper, Pedro Miguel
Sarquis, Tony Alberto
Solis, Hernan
Suarez, Clar
Suarez, Eduardo
Suarez, Luis A.
Titina Holding Co.
Torres Franco, Javier
Uribe Cano, Ricardo
Uribe, Maria Angelica
Uribe, Tulia
Useche, Carlos Alberto
Valderrama, Rafael Antonio
Valencia Gallego, Mario
Valencia Medina, Raul A.
Valencia, Carmen Cecilia
Vallejo, Diego Fernando
Vasquez Arango, Stella M.
Vasquez Gavilanes, Andres
Vaszuez Higuera, Luis H.
Velez de los Rios, Emilia Maria
Velez Gonzalez, Mauro
Velez, Isabel Cristina
Velez, Jose Humberto
Velez, Juan Rafael
Velez, Juan Raul
Velez, Luis Fernando
Viancha, Orlando
Vieira Mejia, Marco A.
Villa, Ana Beatriz

2

Villafrade, Carlos Eduardo
Von Armin, Georg V.
Von Armin, Klaus
Zea, Pedro Pable
Zuluaga, Jose Fernando

3

## SERVICE LIST

| | |
|---|---|
| Teresa J. Verges, Esq.<br>Alise M. Johnson, Esq.<br>Linda S. Schmidt, Esq.<br>Ryan Dwight O'Quinn, Esq.<br>801 Brickell Avenue<br>Suite 1800<br>Miami, FL 33131<br>Telephone: (305) 982-6300<br>Facsimile: (305) 536-4154<br>*Counsel for Securities and Exchange Commission* | David P. Millian, Esq.<br>Laurel M. Isicoff, Esq.<br>Kozyak Tropin & Throckmorton, P.A.<br>2525 Ponce de Leon Boulevard<br>Suite 900<br>Miami, FL 33134<br>Telephone: (305) 377-0663<br>Facsimile: (305) 372-3508<br>*Counsel for Roberto Martinez, Court-appointed Receiver for Defendant Mutual Benefits Corp., and Relief Defendants Viatical Benefactors, LLC and Viatical Services, Inc.* |
| Marc Cooper, Esq.<br>Colson Hicks Eidson<br>255 Aragon Avenue<br>2nd Floor<br>Coral Gables, FL 33134<br>Telephone: (305) 476-7400<br>Facsimile: (305) 476-7444<br>*Counsel for Receiver* | Bruce A. Zimet, Esq.<br>Bruce A Zimet, P.A.<br>100 SE 3 Avenue<br>Suite 2612<br>Ft. Lauderdale, FL 33394<br>Telephone: (954) 764-7081<br>Facsimile: (954) 760-4421<br>*Counsel for Defendant Leslie Steinger, and Relief Defendants Rain Consulting Corp. and Twin Groves* |
| Richard Ben-Veniste, Esq.<br>Mayer, Brown, Rowe & Maw, LLP<br>1909 K. Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 263-3333<br>Facsimile: (202) 263-5333<br>*Counsel for Defendant Joel Steinger and Relief Defendant Kensington* | Christopher J. Klein, Esq.<br>BAUR & KLEIN, P.A.<br>100 North Biscayne Boulevard<br>New World Tower, Suite 2100<br>Miami, Florida 33132<br>Telephone: (305) 377-3561<br>Facsimile: (305) 371-4380<br>**Counsel for Life Settlement Holding, AG** |
| Faith E. Gay, Esq.<br>White & Case LLP<br>4900 Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Miami, FL 33131-2352<br>Telephone: (305) 995-5218<br>Facsimile: (305) 358-5744<br>*Counsel for SKS Consulting and Camden Consulting, Inc.* | Hilarie Bass, Esq.<br>Greenberg Traurig, P.A.<br>1221 Brickell Avenue<br>Miami, FL 33131<br>Telephone: (305) 579-0745<br>Facsimile: (305) 579-0717<br>*Counsel for Union Planters Bank* |
| John M. Hogan, Esq.<br>Holland & Knight LLP<br>701 Brickell Avenue<br>Suite 3000<br>Miami, FL 33131<br>Telephone: (305) 789-7693<br>Facsimile: (305) 789-7799<br>*Co-Counsel for Defendant Joel Stinger* | William Berger, Esq.<br>Chad J. Tamaroff, Esq.<br>Greenspoon, Marder, et al.<br>100 West Cyperss Creek Road<br>Suite 700<br>Ft. Lauderdale, FL 33309<br>Telephone: (888) 491-1120<br>Facsimile: (954) 771-9264<br>*Counsel for First AmericanTitle Insurance Company* |

| | |
|---|---|
| C. Thomas Tew, Esq.<br>David M. Levine, Esq.<br>Jeffrey C. Schneider, Esq.<br>Tew Cardenas LLP<br>1441 Brickell Avenue<br>Miami, FL 33131-3407<br>Telephone: (305) 536-1112<br>Facsimile: (305) 536-1116<br>*Counsel for Pre-Closing Purchase Escrow Plaintiffs* | Stephen C. Baker, Esq.<br>Jason P. Gosselin, Esq.<br>John C. Dempsey, Esq<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Street<br>Philadelphia, PA 19103-6996<br>Telephone: (212) 988-2769<br>Facsimile: (212) 988-2757<br>*Counsel for Valley Forge Life Insurance Company* |
| Victor Diaz, Esq.<br>Ricardo M. Martinez-Cid, Esq.<br>Podhurst Orseck, Josefsberg, et al.<br>City National Bank Building<br>25 W. Flagler Street<br>Suite 800<br>Miami, FL 33130-1780<br>Telephone: (305) 358-2800<br>Facsimile: (305) 358-2382<br>*Counsel for Sheck Investments, L.P. and Paul Pappas* | Michael A. Hanzman, Esq.<br>Kevin Bruce Love, Esq.<br>Hanzman Criden Chaykin & Rolnick<br>Commercebank Center<br>220 Alhambra Circle<br>Suite 400<br>Coral Gables, Fl 331341780<br>Telephone: (305) 357-9000<br>Facsimile: (305) 357-9050<br>*Counsel for Sheck Investments, L.P. and Paul Pappas* |
| Steven G. Schwartz, Esq.<br>Schwartz & Horwitz, P.A.<br>3301 N.W. Boca Raton Boulevard<br>Suite 200<br>Boca Raton, FL 33431<br>Telephone: (561) 395-4747<br>Facsimile: (561) 367-1550<br>*Counsel for Intervenors, Ralph Bent, et al* | Miguel Diaz de la Portilla, Esq.<br>Luis Rojas, Esq.<br>Duane Morris LLP<br>200 South Biscyane Boulevard<br>Suite 3400<br>Miami, FL 33131<br>Telephone: (305) 960-2200<br>Facsimile: (305) 960-2201<br>*Counsel for Investors Group* |
| Roma W. Theus, II, Esq.<br>Edwards & Angell, LLP<br>350 East Las Olas Boulevard<br>Suite 1150<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 727-2600<br>Facsimile: (954) 727-2601<br>*Counsel for the Law Firm of Brinkley McNerney, et al.* | Mark S. Shapiro, Esq.<br>Akerman Senterfitt<br>SunTrust International Center<br>One SE 3 Avenue<br>28th Floor<br>Miami, FL 33131-1704<br>Telephone: (305) 374-5600<br>Facsimile: (305) 374-5095<br>*Counsel for American General Life Insurance Co.* |
| Stanley H. Wakshlag, Esq.<br>Brian P. Miller, Esq.<br>Samantha J. Kavanaugh, Esq.<br>Akerman Senterfitt<br>SunTrust International Center<br>One SE 3 Avenue<br>28th Floor<br>Miami, FL 33131-1704<br>Telephone: (305) 374-5600<br>Facsimile: (305) 374-5095<br>*Counsel for Non-Party RBC Centura Bank* | Wendy Susan Leavitt, Esq.<br>Catherine Whitfield, Esq.<br>Steel Hector & Davis<br>200 South Biscayne Boulevard<br>41st Floor<br>Miami, FL 33131-2398<br>Telephone: (305) 577-2894<br>Facsimile: (305) 577-7001<br>*Counsel for Transamerica Occidental Life Insurance Co.* |

| | |
|---|---|
| John B. Dempsey, Esq.<br>Drinker Biddle & Reath, LLP<br>One Logan Square<br>18th and Cherry Street<br>Philadelphia, PA. 19103<br>Telephone: (215) 988-2700<br>Facsimile: (215) 988-2757 | J. Randolph Liebler, Esa.<br>Liebler, Gonzalez & Portuondo, P.A.<br>Courthouse Tower – 25th Floor<br>44 West Flagler Street<br>Miami, FL 33130<br>*Counsel for Bank of Americ* |
| Robert C. Gilbert, Esq.<br>Robert C. Gilbert, P.A.<br>220 Alhambra Circle, Suite 400<br>Coral Gables, FL 33134<br>Telephone: (305) 529-9100<br>Facsimile: (305) 529-1612<br>*SpecialCounsel* | Marc Nurik, Esq.<br>Ruden, McClosky, et al.<br>P.O. Box 1900<br>Ft. Lauderdale, FL 33302<br>Telephone: (954) 527-6222<br>Facsimile (954) 764-4996 |
| Anthony M. Livoti, Jr., Esq.<br>721 NE 3 Avenue<br>Ft. Lauderdale, FL 33304<br>Telephone: (954) 463-3777<br>Facsimile: (954) 463-3792 | James J. Blosser, Esq.<br>Justin J. Sayfie, Esq.<br>Blosser & Sayfie<br>450 East Las Olas Boulevard<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 525-1733<br>Facsimile: (954) 525-9146 |
| J. David Hopkins, Esq.<br>Lord, Bissell & Brook LLP<br>Suite 1900, The Proscenium<br>1170 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Telephone: (404) 870-4677<br>Facsimile: (404) 872-5547 | Brian J. Stack, Esq.<br>Stack Fernandez, et al.<br>1200 Brickell Avenue<br>Suite 950<br>Miami, FL 33131-3255<br>Telephone: (305) 371-0001<br>Facsimile: (305) 371-0002 |
| William I. Petros, Esq.<br>Petros & Elegant<br>4090 Laguna Street<br>Second Floor<br>Miami, FL 33146<br>Telephone: (305) 446-3699<br>Facsimile: (305) 446-2799 | Kenneth R. Jones, Jr., Esq.<br>William B. Hawkins, III, Esq.<br>The Jones Law Firm, PLC<br>150 Fourth Avenue North<br>Suite 1820<br>Nashville, TN 17219<br>Telephone: (615) 726-0050<br>Facsimile: (615) 726-5177 |
| Edward M. Mullins, Esq.<br>Daniella Friedman, Esq.<br>Astigarraga Davis Mullins & Grossman, P.A.<br>701 Brickell Avenue<br>16th Floor<br>Miami, FL 33131<br>Telephone: (305) 372-8282<br>Facsimile: (305) 372-8202<br>*Co-Counsel for Life Settlement Holding, A.G.* | Eric M. Ellsley, Esq.<br>Krupnick Campbell Malone, et al.<br>700 SE 3 Avenue<br>Suite 100<br>Fort Lauderdale, FL 33316-1186<br>Telephone: (954) 763-8181<br>Facsimile: (954) 763-8292 |

| Stephen C. Baker, Esq.<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, PA 19103 | Wendy L. Furman, Esq.<br>Pett Furman & Jacobson, P.L.<br>2101 N.W. Corporate Boulevard<br>Suite 316<br>Boca Raton, FL 33431<br>Telephone: (561) 994-4311<br>Facsimile: (561) 982-8985 |
|---|---|
| Carla M. Barrow, Esq.<br>Pardo, Gainsburg & Barrow, LLP<br>One Biscayne Tower<br>2 South Biscayne Blvd., Suite 2475<br>Miami, FL 33131<br>Telephone: (305) 358-1001<br>Facsimile: (305) 358-2001 | Eric M. Ellsley, Esq.<br>Krupnick Campbell Malone Buser Slama Hancock<br>Liberman & Mckee, P.A.<br>700 Southeast Third Avenue<br>Courthouse Law Plaza, Suite 100<br>Fort Lauderdale, FL 33316-1186<br>Telephone: (954) 763-8181<br>Facsimile: (561) 763-8292 |

F:\WDOX\CLIENTS\50027\5001\00039333.DOC