UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-60573-CIV-MORENO/SIMONTON

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MUTUAL BENFITS CORP.,
JOEL STEINGER, LESLIES STEINGER,
PETER LOMBARDI and STEVEN STEINER,

Defendants,

VIATICAL BENFACTORS, LLC, et al.,

Relief Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND OF FILING CONSENTS

Plaintiff Securities and Exchange Commission ("SEC") notifies the Court that it has approved settlements with the following Defendants and Relief Defendants and hereby files the Consents of Defendants Joel Steinger, Leslie Steinger, Peter Lombardi and Relief Defendants Kensington Management, Inc., Rainy Consulting Corp., Twin Groves Investments, Inc., and P.J.L. Consulting, Inc. to Final Judgment of Permanent Injunction and Other Relief, with attached proposed Final Judgments of Permanent Injunction and Other Relief in accordance with those agreements. The SEC respectfully requests entry of same.

Dated: December 1, 2005                    Respectfully submitted,

                                           By: _____
                                               Alise M. Johnson

Senior Trial Counsel
Florida Bar No. 0003270
Direct Dial: (305) 982-6322
johnsona@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail this

1st day of December, 2005 on the following:

David P. Milian, Esq.
Laurel M. Isicoff, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce De Leon Boulevard
Suite 900
Coral Gables, FL 33134
*Counsel for Roberto Martinez, Court-appointed Receiver*

Curt Miner, Esq.
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134
*Counsel for Receiver*

George G. Mahfood, Esq.
Ferrell Law, P.A.
34th Floor, Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
*Counsel for Joel Steinger, Leslie Steinger, Peter Lombardi,
Kensington Management, Inc., Rainy Consulting Corp.,
Twin Groves Investments, Inc., and PJL Consulting, Inc.*

Faith E. Gay, Esq.
White & Case LLP
4900 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2352
*Counsel for Camden Consulting, Inc.,*
*Steven Steiner and SKS Consulting, Inc.*

Bruce A. Zimet, Esq.
Bruce A. Zimet, PA
100 S.E. 3rd Avenue, Suite 2612
Ft. Lauderdale, FL 33394
*Counsel for Defendant Leslie Steinger, and Relief*
*Defendants Rainy Consulting Corp. and Twin Groves*

Jeffrey Michael Cohen, Esq.
Carlton Fields, P.A.
100 S.E. 2nd Street, Suite 4000
Miami, Florida 33131
Tel.:   (305) 530-0050
Fax:   (305) 530-0055
*Local counsel for John W. Kellog and*
*Richard C. Kaufman, co-counsel for*
*Joel Steinger, Leslie Steinger and*
*Peter Lombardi*

                                           */s/ Alise M. Johnson*
                                           Alise M. Johnson, Esq.