

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,:

    Plaintiff

v.                                          Civil No. 04-60573 CIV-MORENO

MUTUAL BENEFITS CORP., et. al.,

    Defendants,

VIATICAL BENEFACTORS, LLC, et. al,

    Relief Defendants.

### MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Geoffrey T. Raicht, of the law firm of Sidley Austin LLP, for purposes of limited appearance as co-counsel on behalf of Credit Suisse Securities (Europe) Limited, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida CM/ECF Administrative Procedures, to permit Geoffrey T. Raicht to receive electronic filings in this case, and in support thereof states as follows:

    1.     Geoffrey T. Raicht is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York bar and the United States District Courts for the Southern District of New York and the Eastern District of New York.

2. Movant, Andrew B. Hellinger, Esquire, of the law firm of Hellinger & Penabad, P.A., 235 Altara Avenue, Coral Gables, Florida 33146, (305) 567-2869, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Geoffrey T. Raicht has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Credit Suisse Securities (Europe) Limited by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Geoffrey T. Raicht, at email address: graicht@sidley.com.

WHEREFORE, Andrew B. Hellinger, Esquire moves this Court to enter an Order permitting Geoffrey T. Raicht to appear before this Court on behalf of Credit Suisse Securities (Europe) Limited for all purposes relating to the proceedings in the above-

styled matter and directing the Clerk to provide notice of electronic filings to Geoffrey T. Raicht.

Dated: March 26, 2008

Respectfully submitted,

HELLINGER & PENABAD, P.A.

By: _____
Andrew B. Hellinger, Esquire
Fla. Bar ID No. 861553
235 Altara Avenue
Coral Gables, Florida 33146
(305) 567-2869
(305) 572-9742 - fax
ahellinger@h-plegal.com

Attorneys for Credit Suisse Securities (Europe) Limited

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,:

          Plaintiff

v.

MUTUAL BENEFITS CORP., et. al.,

          Defendants,

VIATICAL BENEFACTORS, LLC, et. al,

          Relief Defendants.

Civil No. 04-60573 CIV-MORENO

**CERTIFICATION OF GEOFFREY T. RAICHT**

Geoffrey T. Raicht, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the New York bar and the United States District Courts for the Southern District of New York and the Eastern District of New York.

_____
Geoffrey T. Raicht

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,:

               Plaintiff

     v.                                     Civil No. 04-60573 CIV-MORENO

MUTUAL BENEFITS CORP., et. al.,

               Defendants,

VIATICAL BENEFACTORS, LLC, et. al,

               Relief Defendants.

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
GEOFFREY T. RAICHT CONSENT TO DESIGNATION AND REQUEST
TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Geoffrey T. Raicht and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the Untied States District Court for the Southern District of Florida, permission for a limited appearance of Geoffrey T. Raicht in this matter and request to electronically receive notice of electronic filings.  This Court having considered the motion and all other relevant factors, it is hereby

    **ORDERED and ADJUDGED** that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is **GRANTED**.  Geoffrey T. Raicht is granted to appear and participate in this action on behalf of Credit Suisse Securities

- 2 -

(Europe) Limited. The Clerk shall provide electronic notification of all electronic filings to Geoffrey T. Raicht at graicht@sidley.com.

**DONE AND ORDERED** in Chambers at _____, Florida this _____ day of _____, 2008.

_____
United States District Judge

Copies furnished to

Andrew B. Hellinger, Esq.
Geoffrey T. Raicht, Esq.