UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-60573-CIV-MORENO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

MUTUAL BENEFITS CORP., *et al.*,

    Defendants,

VIATICAL BENEFACTORS, LLC, *et al.*,

    Relief Defendants.
_____/

### ORDER GRANTING MOTION FOR LIMITED APPEARANCE

THIS CAUSE came before the Court upon Credit Suisse Securities (Europe) Limited's Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings **(D.E. No. 2049)**, filed on **March 27, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **GRANTED**. Geoffrey T. Raicht is granted to appear and participate in this action on behalf of Credit Suisse Securities (Europe) Limited.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of March, 2008.

    _____
    FEDERICO A. MORENO
    UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record