UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  04-60573-CIV-MORENO**

SECURITIES   AND   EXCHANGE
COMMISSION,

     Plaintiff,

vs.

MUTUAL BENEFITS CORP., *et al.*,

     Defendants,

VIATICAL BENEFACTORS, LLC, *et al.*,

     Relief Defendants.
_____/

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

MUTUAL BENEFITS CORP., et al.,

     Defendants,

VIATICAL BENEFACTORS, LLC, et al.,

     Relief Defendants.
_____/

**ORDER GRANTING RECEIVER'S MOTION TO AMEND AND CLARIFY
ENGAGEMENT OF LIFE SETTLEMENTS INSIGHTS, INC.**

On June 13, 2008, Roberto Martínez, court-appointed receiver ("Receiver") of Mutual Benefits Corp. ("MBC"), Viatical Benefactors, LLC ("VBLLC"), Viatical Services, Inc. ("VSI"), and Anthony Livoti, Jr. and Anthony Livoti, Jr., P.A., solely in their capacity as trustee (collectively the "Receivership Entities"), filed a motion to amend and clarify the engagement of Life Settlement

Insights, LLC and its affiliated companies ("LSI") as agent of the Receiver to conduct auctions of insurance policies or fractional interests therein to (1) include within their engagement the auction sale of policies designated for sale pursuant to the disposition process directed by this Court, as selected and identified by the Receiver; and (2) to modify the procedures for sale of fractional interests in Undersubscribed Keep Policies as previously described to the Court ("Motion to Amend").  The Court has considered the Motion to Amend, and finding good cause to grant the relief requested, it is

**ORDERED** as follows:

1. The Motion to Amend is **GRANTED**.

2. The Receiver is authorized to engage LSI for purposes of conducting auctions of such "Sell Policies" as are designated by the Receiver, subject to the terms and conditions of the Life Settlement Brokerage Services Engagement Agreement previously approved by this Court, as modified in accordance with the representations set forth in the Receiver's Motion to Amend.

3. The Court's *Order Granting Receiver's Motion to Approve Engagement of Life Settlement Insights, LLC to Conduct Auctions* (CP#2072) is hereby amend to the extent necessary to permit the Receiver to determine, in his business judgment, the appropriate bid to be accepted with respect to the sale of fractional interests in Undersubscribed Keep Policies or groups thereof, notwithstanding what was set forth in the proposed Notice of Proposed Sale.  The Notice of Proposed Sale to be used in connection with such sales shall be modified accordingly.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of June, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

-3-

Copies provided to:

Counsel of Record