UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-60573-CIV-MORENO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

MUTUAL BENEFITS CORP., *et al.*,
    Defendants,
VIATICAL BENEFACTORS, LLC, *et al.*,
    Relief Defendants.,

    Defendant.
_____/

## ORDER AWARDING FEES TO ACCOUNTANTS

THIS CAUSE came before the Court upon Receiver's Motion for Recoupment of Professional Fees by Accountants for Receiver **(D.E. No. 2312)**, filed on **July 22, 2009**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises.

Due to the complex nature of this receivership, the Receiver required the assistance of highly-skilled accountants. According to the Receiver, the great results obtained by the Receiver would not have been possible without the considerable skills and effort of Berkowitz Dick Pollack & Brant, Certified Public Accountants and Consultants, LLP. These accountants were instrumental in designing and developing the information systems and policies and procedures leading to the successful recovery by the Receiver, going as far as providing expert testimony in proceedings and creating proprietary accounting and management software. Throughout the case, the Court has

reduced the fees sought by the accountants by $780,180. They now seek a $450,000 recoupment of the previously-reduced fees. Considering the work performed and the results achieved, it is accordingly

**ADJUDGED** that the Motion is **GRANTED**. The Receiver shall distribute **$450,000** from the Mutual Benefits Corporation operating account to Berkowitz Dick Pollack & Brant, Certified Public Accountants and Consultants, LLP.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of December, 2009.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record