UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-60573-CIV-MORENO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

MUTUAL BENEFITS CORPORATION,
JOEL STEINGER a/k/a "Joel Steiner,"
LESLIE STEINGER a/k/a "Leslie Steiner,"
PETER LOMBARDI and STEVEN K. STEINER,
a/k/a/ "Steven Steinger,"

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ORDER GRANTING MOTION FOR FINAL JUDGMENT ON WRIT OF GARNISHMENT

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Motion for Final Judgment on Writ of Garnishment (**D.E. No. 2419**), filed on **May 5, 2010**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 2429**) on **May 17, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation (**D.E. No. 2429**) on **May 17, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Receiver's Motion for Final Judgment on Writ of Garnishment is GRANTED against Garnishee Weitz & Schwartz, P.A.

(2)    Final judgment is hereby ENTERED against Garnishee Weitz & Schwartz, P.A. in the amount of **$33,979.11** to Receiver within **ten (10) days** of the entry of this Final Judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of August, 2010.

                                                         FEDERICO A. MORENO
                                                         CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record