UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-60573-CIV-MORENO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

MUTUAL BENEFITS CORPORATION, *et al.*

    Defendants

and

VIATICAL BENEFACTORS, LLC, *et al.*

    Relief Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Garnishee Lubin & Metz, P.A.'s Motion for Summary Judgment **(D.E. No. 2434)**, filed on **September 27, 2010.**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 2448)** on **November 30, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that there were no objections filed to the Magistrate Judge's Report and Recommendation and the time for filing has now passed. Being otherwise fully advised in the premises, it is

    **ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 2448)** on **November 30, 2010** is **AFFIRMED** and **ADOPTED**.

Accordingly, it is

**ADJUDGED** that:

(1) Garnishee Lubin & Metz, P.A.'s Motion for Summary Judgment is GRANTED and the Writ of Garnishment directed to Lubin & Metz is dissolved.

(2) Defendant Steven K. Steiner's and Relief Defendants Camden Consulting, Inc. and SKS Consulting, Inc.'s Motion to Dissolve Writ of Garnishment is DENIED as moot.

(3) The status conference set for **December 14, 2010** is cancelled as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of December, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record