UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Fort Lauderdale Division

**Case Number: 04-60573-CIV-MORENO**

SECURITIES AND EXCHANGE
COMMISSION et al.,

        Plaintiff,

vs.

MUTUAL BENEFITS CORP. et al.,

        Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER DENYING WITHOUT PREJUDICE MOTION TO SURCHARGE TRUSTEE FOR EXCESSIVE FEES**

THE MATTER was referred to the Honorable Jared M. Strauss, United States Magistrate Judge, for a Report and Recommendation on Acheron Capital Ltd.'s Motion to Surcharge Trustee for Excessive Fees pursuant to § 736.1001, Fla. Stat. (D.E. 2666), filed on **June 8, 2020**. The Magistrate Judge filed a Report and Recommendation (**D.E. 2711**) on **July 8, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections to the Magistrate Judge's Report and Recommendation were filed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jared M. Strauss's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Acheron Capital Ltd.'s Motion to Surcharge Trustee for Excessive Fees pursuant to § 736.1001, Fla. Stat. (D.E. 2666) is DENIED without prejudice for the reasons

stated in the Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th of January 2021.

*Federico A. Moreno*

———————————————————
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jared M. Strauss

Counsel of Record